**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01958-CMA-KMT

VICTORIA ALVAREZ,

      Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the

Stipulation of Dismissal With Prejudice (Doc. # 10), signed by the attorneys for the

parties hereto, it is

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

her or its own attorney's fees and costs.

      DATED:  November __02__, 2011

                                   BY THE COURT:

                                 _____

                                 CHRISTINE M. ARGUELLO
                                 United States District Court Judge